JODI LINKER
Federal Public Defender
Northern District of California
SOPHIA M. WHITING
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     (415) 436-7700
Facsimile:      (415) 436-7706
Email:  Sophia_Whiting@fd.org

Counsel for Defendant HOLLIDAY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 23–00038 TSH |
| Plaintiff, | **JOINT STATUS REPORT AND SENTENCING MEMORANDUM** |
| v. | |
| BRYCE HOLLIDAY, | |
| Defendant. | |

## INTRODUCTION

The parties will appear before this Court in the above-captioned matter for a Change of Plea and Sentencing Hearing on Thursday, February 1, 2024. In the proposed plea agreement, Mr. Holliday and the Government jointly recommend a sentence of one year of unsupervised probation, a minimum of $1,275.79 in restitution, and payment of a mandatory special assessment fee. Since the parties are requesting unsupervised probation and Mr. Holliday has no prior criminal convictions, the parties believe the preparation of a presentence investigation report is not necessary in this case and request to proceed directly to sentencing. This expedited process will also allow the probation term and restitution payment schedule to start sooner. The parties have consulted with the U.S. Probation

Office and they provided examples of other cases with a similar disposition. The U.S. Probation Office takes no position in this case, but an Officer will be present at the hearing to assist with the sentencing and judgement.

## DISCUSSION

### I. Case Background

On October 17, 2022, Mr. Holliday burglarized two cars in parking lots within the Presidio Trust. First, he broke the window of a parked, unoccupied Land Rover, and stole a baby bag in the area of 933 Mason Street, San Francisco. Second, he broke the window of a parked, unoccupied Acura SUV and stole a suitcase that was inside that car located near 937 on Mason Street, San Francisco, California. These offenses were in violation of Title 18, United States Code, Section 661, Class A Misdemeanors.

Mr. Holliday was served a summons on July 10, 2023 and appeared willingly as instructed for his Initial Appearance on August 1, 2023. The Government did not move for Mr. Holliday's detention. Mr. Holliday and the Government have come to a proposed resolution contained in the plea agreement that has been submitted to the Court.

### II. Joint Recommendation

Mr. Holliday has been prepared to accept responsibility in this case from his initial appearance and the parties have been in resolution discussions since that time. The parties have considered the interests of the victims, the public, and Mr. Holliday to come to the proposed resolution of one year of unsupervised probation and at least $1,275.79 restitution. The Government consulted with the victims in this case and the minimum restitution amount is based on documented victim loss amount provided to the Government at this time. If the Government receives any additional documentation of loss amounts prior to the hearing, the parties may agree to a higher restitution amount. The parties believe the proposed sentence is appropriate in light of all of the 18 U.S.C. 3553(a) factors.

The term of probation and restitution put forward by both parties is an appropriate sentence in this case. The parties have an interest in sentencing Mr. Holliday promptly so that the case is resolved for the victim and the defendant and so Mr. Holliday can begin completing his probation term. This case is a misdemeanor, Mr. Holliday lives in a supportive home with his parents, and he does not

require treatment for a mental health condition or substance use disorder. The resources used to provide Probation supervision could be better allocated to other defendants. The parties agree that a request to waive the presentence investigation report is appropriate in light of Mr. Holliday's criminal history, the time that has elapsed since the offense occurred, the nature of the offense, the requested sentence, and the joint interests in a prompt resolution.

## CONCLUSION

For the foregoing reasons, the parties jointly recommend that at the hearing on February 1, 2024, the Court accept the plea agreement and sentence Mr. Holliday pursuant to the joint recommendation of the parties. Defense counsel has consulted with U.S. Probation and they take no position on the resolution and will be present on February 1, 2024, to be available to assist with sentencing and preparing the judgement.

Respectfully Submitted,

| January 25, 2024 | ISMAIL J. RAMSEY |
| Dated | United States Attorney |
| | Northern District of California |

/S
MICHAEL LAGRAMA
Assistant United States Attorney

| January 25, 2024 | JODI LINKER |
| Dated | Federal Public Defender |
| | Northern District of California |

/S
SOPHIA M. WHITING
Assistant Federal Public Defender

JOINT STATEMENT
*HOLLIDAY*, CR 23–00038 TSH