JODI LINKER
Federal Public Defender
Northern District of California
SOPHIA M. WHITING
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:      (415) 436-7700
Facsimile:       (415) 436-7706
Email:  Sophia_Whiting@fd.org

Counsel for Defendant HOLLIDAY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRYCE HOLLIDAY,<br><br>　　　　Defendant. | **Case No.:** CR 23–00038 TSH<br><br>**JOINT SUPPLEMENTAL SENTENCING MEMO** |

　　　The parties appeared before this Court in the above-captioned matter for a Change of Plea and Sentencing Hearing on Thursday, February 1, 2024. The Court accurately advised the parties that, since the matter involves a Class A misdemeanor, the United States Sentencing Guidelines apply to the case. The matter was continued to Thursday, February 8, 2024 for the parties to address the sentencing guidelines. The parties have therefore corrected the plea agreement to include the calculation of the sentencing guidelines as follows:

　　　　　Base Offense Level, .S.S.G. §2B1.1(a)(2):　　　6

　　　　　Acceptance of Responsibility:　　　　　　　-2

　　　　　Zero-Point Offender, U.S.S.G. §4C1.1:　-2

| | | |
|---|---|---|
| **Adjusted Offense Level:** | | 2 |

The parties agree that Mr. Holliday has zero criminal history points, for a criminal history category of I. His sentencing guidelines range is therefore 0 to 6 months.

The parties jointly recommend that at the hearing on February 8, 2024, the Court accept the plea agreement and sentence Mr. Holliday pursuant to the joint recommendation of one year of unsupervised probation, a minimum of $1,275.79 in restitution, and payment of a mandatory special assessment fee. The parties agree that the restitution can be paid on a payment schedule of $100 per month due to Mr. Holliday's limited means. U.S. Probation Officer will be present on February 8, 2024, to be available to assist with sentencing and preparing the judgement accordingly.

Respectfully Submitted,

February 1, 2024
Dated

ISMAIL J. RAMSEY
United States Attorney
Northern District of California

/S
MICHAEL LAGRAMA
Assistant United States Attorney

February 1, 2024
Dated

JODI LINKER
Federal Public Defender
Northern District of California

/S
SOPHIA M. WHITING
Assistant Federal Public Defender